IN THE UNITED STATES DISTRICT COURT
FOR THE MASSACHUSETTS

FILED
IN CLERKS OFFICE
2007 SEP 13 P 12: 30
U.S. DISTRICT COURT
DISTRICT OF MASS.

07MBD10224-RCL

| | |
|---|---|
| CAROLINE BEHREND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION, et al.,<br><br>Defendants. | ) Miscellaneous Business Docket No.:<br>)<br>)<br>) Eastern District of Pennsylvania Civ. Action<br>) No. 03-6604<br>)<br>)<br>) Prior Related Cases:<br>)<br>) Kristian v. Comcast Corp., Civ. Action No. 03-<br>) CV-12466-EFH<br>) Rogers v. Comcast Corp., Civ. Action No. 04-<br>) 10142-EFH<br>)<br>) (Transferred to Eastern District of Pennsylvania<br>) per Judge Harrington's Order filed 12/1/06) |

**PLAINTIFFS' MOTION TO COMPEL THIRD PARTY,
GREATER MEDIA, INC., TO PRODUCE SUBPOENAED DOCUMENTS**

Pursuant to Fed. R. Civ. P. 34(c) and 37 and Local Rule 40.4(a)(2), Plaintiffs respectfully move this Court to compel non-party Greater Media, Inc. to produce documents responsive to Plaintiffs' July 31, 2007 Subpoena Duces Tecum. A copy of the Subpoena and attached Schedule A, listing Requests Nos. 1-6, is attached as Exhibit 9 to the accompanying Declaration of David Woodward, Plaintiffs' counsel. The documents have been withheld under objections based on relevance and undue burden and expense, and the attorney-client and work product privileges.

Plaintiffs, cable subscribers of Defendants (collectively, "Comcast"), filed the above antitrust class action on December 8, 2003 in the United States District Court for the Eastern District of Pennsylvania, alleging violations of Sections 1 (restraint of trade) and 2 (unlawful monopolization and attempted monopolization) of the Sherman Act arising from Defendants' market allocating swap agreements with, and acquisitions of, competitor cable companies, and other anticompetitive conduct set forth in Plaintiffs' Third Amended Class Action Complaint for

60823.1

Violations of the Sherman Antitrust Act (Woodward Decl., Ex. 12). The Court, by the Honorable John R. Padova, has denied Comcast's motion to dismiss, *Glaberson v. Comcast Corporation*, 2006 WL 2559479 (E.D. Pa. Aug. 31, 2006); following reconsideration, again denied Comcast's motion to dismiss, *Glaberson v. Comcast Corporation*, 2006 WL 3762028 (E.D. Pa. Dec. 19, 2006); granted Plaintiffs' motion to certify a Philadelphia class of Comcast cable subscribers, *Behrend v. Comcast Corporation*, 2007 WL 1300725 (E.D. Pa. May 2, 2007); denied Comcast's Rule 12(c) motion for judgment on the pleadings, 2007 WL 2221415 (E.D. Pa. Aug. 1, 2007); and denied Comcast's motion to certify issues for interlocutory appellate review pursuant to 28 U.S.C. § 1292(b) (Order filed September 11, 2007).

The closely related class action antitrust cases of *Kristian v. Comcast Corp.*, Civ. Action No. 03-CV-12466-EFH (D. Mass.), and *Rogers v. Comcast Corp.*, Civ. Action No. 04-10142 (D. Mass.), alleging similar violations by defendants of federal and state antitrust laws in the Boston area cable market, were transferred by the Honorable Edward F. Harrington to the Eastern District of Pennsylvania pursuant to Judge Harrington's Order filed December 1, 2006.

In their Third Amended Complaint, Plaintiffs in the above captioned *Behrend v. Comcast Corp.* action challenge Comcast's acquisition of Greater Philadelphia Cablevision, Inc., a subsidiary of Greater Media, Inc., which was announced on or about February 18, 1999 and closed on or about June 9, 1999, as part of Comcast's anticompetitive conduct allegedly violating Sections 1 and 2 of the Sherman Act.

Plaintiffs initially served a document Subpoena, dated May 4, 2007 and issued by the United States District Court of Massachusetts, on Greater Media, Inc., 35 Braintree Hill Park, Suite 300, Braintree, Massachusetts 02184 ("Greater Media"), requesting compliance with fifteen document requests. In response to Greater Media's May 15, 2007 letter objections, Plaintiffs served on Greater Media a narrowed document subpoena dated May 24, 2007. In an

additional effort to secure compliance and to further address Greater Media's continuing objections, Plaintiffs served Greater Media with the presently pending document Subpoena dated July 31, 2007, containing six requests for relevant documents. Greater Media continues to decline to comply and has failed to produce any responsive documents. Copies of correspondence exchanged between counsel for Plaintiffs and Greater Media, setting forth Plaintiffs' attempts to resolve this matter by addressing Greater Media's concerns and seeking compliance with Plaintiffs' Subpoenas, are attached as Exhibits 2, 8, 10 and 11 to the Declaration of David Woodward.

The grounds for this Motion are set forth in the accompanying memorandum and declaration of Plaintiffs' counsel.

Dated: September 13, 2007                    Respectfully submitted,

ADKINS KELSTON & ZAVEZ, P.C.

_____
John Peter Zavez (#555721)
Noah Rosmarin (#630632)
90 Canal Street
Boston, MA 02114
Tel: (617) 367-1040
Fax: (617) 742-8280

Samuel D. Heins
Vincent J. Esades
David Woodward
Jessica N. Servais
Katherine T. Kelly
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692

Barry Barnett
John Turner
Jason Fulton
Daniel Charest
SUSMAN GODFREY LLP
901 Main Street, Suite 5100
Dallas, TX 75202
Tel: (214) 754-1900
Fax: (214) 754-1933

Anthony J. Bolognese (#36937)
Joshua H. Grabar (JHG 1707) (#82525)
BOLOGNESE & ASSOCIATES, LLC
Two Penn Center Plaza
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
Tel: (215) 814-6750
Fax: (215) 814-6764

Marc H. Edelson (#51834)
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA 18901
Tel: (215) 230-8043
Fax: (215) 230-8735

Robert N. Kaplan
Gregory K. Arenson
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

Gary L. Specks
KAPLAN FOX & KILSHEIMER LLP
423 Sumac Road
Highland Park, IL 60035
Tel: (847) 831-1585
Fax: (847) 831-1580

Lynn Lincoln Sarko
Mark A. Griffin
John H. Bright
Raymond J. Farrow
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Michael Hausfeld
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

Ann D. White
LAW OFFICES OF ANN D. WHITE, P.C.
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
Tel: (215) 481-0274
Fax: (215) 481-0271

Jayne Goldstein
MAGER & GOLDSTEIN, LLP
1818 Market Street, Suite 3710
Philadelphia, PA 19103
Tel: (215) 640 -3280
Fax: (215) 640 -3281

Ted Donner
DONNER & COMPANY
LAW OFFICES LLC
203 North LaSalle Street, Suite 2100
Chicago, IL 60601
Tel: (312) 805-2100
Fax: (312) 556-1369

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATION PURSUANT TO
## LOCAL RULES 7.1(A)(2), 26.2(C) AND 37.1(B)

Pursuant to Local Rules 7.1, 26.2 and 37.1, David Woodward, the undersigned counsel for Plaintiffs, certifies that Plaintiffs have attempted in good faith to confer, orally and in writing, with counsel for Greater Media, Inc. to resolve the issues addressed in this Motion but such efforts have not resulted in a resolution and judicial intervention is therefore requested.

David Woodward

60823.1