IN THE UNITED STATES DISTRICT COURT
FOR THE MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 SEP 13 ₱ 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

CAROLINE BEHREND, et al.,

    Plaintiffs,

v.

COMCAST CORPORATION, et al.,

    Defendants.

) Miscellaneous Business Docket No.:
) _____
)
) Eastern District of Pennsylvania, Civil Action
) No. 03-6604
)  **07MBD10224** RCL
) Prior Related Cases:
)
)
) Kristian v. Comcast Corp., Civ. Action No. 03-
) CV-12466-EFH
) Rogers v. Comcast Corp., Civ. Action No. 04-
) 10142-EFH
)
) (Transferred to Eastern District of Pennsylvania
) per Judge Harrington's Order filed 12/1/06)

**DECLARATION OF DAVID WOODWARD IN SUPPORT OF PLAINTIFFS'
MOTION TO COMPEL THIRD PARTY, GREATER MEDIA, INC.,
TO PRODUCE SUBPOENAED DOCUMENTS**

I, David Woodward, declare as follows:

1.    I am an attorney employed at the law firm of Heins Mills & Olson, P.L.C.,

counsel for Plaintiffs in the above captioned action.

2.    Attached are true and correct copies of the following documents:

| ITEM | EXHIBIT NUMBER |
|---|---|
| Plaintiffs May 4, 2007, Subpoena and attached Schedule A. | 1 |
| May 15, 2007, letter from Antoinette R. Stone, Esq., counsel for Greater Media, Inc., to David Woodward. | 2 |
| May 24, 2007, correspondence from David Woodward to Antoinette R. Stone, Esq. | 3 |

61280

1

| | |
|---|---|
| Plaintiffs' May 24, 2007 Subpoena and Schedule A's Document Requests (the "Definitions" and "Instructions" sections, which are identical to those contained in Exhibit 1, are omitted). | 4 |
| June 7, 2007 correspondence from Antoinette R. Stone, Esq. to David Woodward. | 5 |
| July 12, 2007 correspondence from David Woodward to Antoinette R. Stone, Esq. and accompanying Protective Order. | 6 (letter) 6.a (Protective Order) |
| July 24, 2007 correspondence from Antoinette R. Stone, Esq. to David Woodward. | 7 |
| July 31, 2007 correspondence from David Woodward to Antoinette R. Stone, Esq. | 8 |
| Plaintiffs' July 31, 2007 Subpoena and attached Schedule A's Document Requests (omitting the "Definitions" and "Instructions" sections, which are identical to those contained in Plaintiffs' initial Subpoena, Exhibit 1). | 9 |
| August 3, 2007 correspondence from Antoinette R. Stone, Esq. to David Woodward. | 10 |
| August 31, 2007 correspondence from David Woodward to Antoinette R. Stone, Esq. | 11 |
| Plaintiffs' Third Amended Class Action Complaint for Violations of the Sherman Antitrust Act. | 12 |

3.      Plaintiffs' May 4, 2007 Subpoena and attached Schedule A was served on Greater

Media, Inc., 35 Braintree Hill Park, Suite 300, Braintree, MA 02184 on May 8, 2007, as

evidenced by the Affidavit of Service of Metro Legal Services, a copy of which is attached as

part of Exhibit 1.  Plaintiffs' May 24, 2007 Subpoena and attached Schedule A (Ex. 4) and

accompanying cover letter dated May 24, 2007 to Antoinette R. Stone, Esq. (Ex. 3) were sent via

e-mail and U.S. Mail to Antoinette R. Stone on May 24, 2007.  Plaintiffs' July 31, 2007

60823.1

2

Subpoena and attached Schedule A (Ex. 9) and the accompanying July 31, 2007 letter from David Woodward to Antoinette R. Stone, Esq. were sent by e-mail and U.S. Mail to Antoinette R. Stone on July 31, 2007.  In e-mails to Plaintiffs' counsel dated July 31, 2007, Antoinette R. Stone confirmed her acceptance of service on behalf of Greater Media, Inc. of Plaintiffs' May 24 and July 31, 2007 Subpoenas.

4.      Greater Media, Inc., has not produced any documents for inspection and copying pursuant to any of Plaintiffs' three document Subpoenas, including the July 31, 2007 Subpoena (Ex. 9).

I declare under penalty of perjury that the foregoing is true and correct.


Executed on September 12, 2007.

David Woodward

Minneapolis, Minnesota